# Exhibit 2

**Exhibit 2 - U.S. Patent No. 8,543,864 ("'864 Patent") Exemplary Claim Chart**

Accused Instrumentalities: Amazon S3 and all versions and variations thereof since the issuance of the '864 patent.

| Claim 15 | Amazon's Accused Instrumentalities |
|---|---|
| [pre] An apparatus of performing an erroneous recovery process in an asymmetric clustering file system containing a plurality of data servers divided into a plurality of data server groups, each data server group including at least one data server, comprising: | To the extent that the preamble is limiting, the Accused Instrumentalities comprise an apparatus of performing an erroneous recovery process in an asymmetric clustering file system containing a plurality of data servers divided into a plurality of data server groups, each data server group including at least one data server, comprising the limitations of 15[a] through 15[c]. *See, e.g.,* <br><br> **The Architecture of Amazon S3** <br><br> Amazon S3 is one of the world's largest and most complex distributed storage systems. It processes millions of requests per second and stores over 350 trillion objects, all while maintaining 11 nines (99.999999999%) durability and low-latency access. <br><br> https://blog.bytebytego.com/p/how-amazon-s3-stores-350-trillion. |



[https://www.youtube.com/watch?v=sYDJYqvNeXU&ab_channel=AWSEvents](https://www.youtube.com/watch?v=sYDJYqvNeXU&ab_channel=AWSEvents).

## 1. Metadata and Data Are Stored Separately

Amazon S3 keeps **metadata** and **file content** in separate systems. This ensures that corruption in one doesn't impact the other.

**Why it matters:**

Corrupt metadata can make your file unreachable even if the file itself is intact. This separation guarantees both can be independently validated and recovered.

https://medium.com/@harishsingh8529/how-amazon-s3-stores-your-data-like-its-the-crown-jewels-184f17cff1e7.

## Durability and Recovery Services

These services ensure data integrity and fault recovery, helping S3 achieve 99.999999999% durability.

They include services like:

- **Checksum Verification Service**: Continuously verifies stored data against integrity checksums.

- **Background Auditors**: Scans storage nodes for corrupted files and automatically repairs them.

- **Disaster Recovery Engine**: Automatically reconstructs lost or damaged data from backup nodes.

https://blog.bytebytego.com/p/how-amazon-s3-stores-350-trillion.



The above example deployment has an erasure set of 16 drives. This can support parity between EC:0 and 1/2 the erasure set drives, or EC:8.

https://docs.min.io/enterprise/aistor-object-store/operations/core-concepts/erasure-coding/.

| 15[a] a receiving unit that receives a chunk list requiring recovery from a metadata server, | The Accused Instrumentalities further comprise a receiving unit that receives a chunk list requiring recovery from a metadata server.  *See, e.g.*: |
|---|---|

## Amazon Web Services

This deep dive session on Amazon S3 explores the fundamental principles and mechanisms that underpin the storage system's functionality. The presenters, Oleg and Sally, discuss four key aspects: durability, availability and performance, cost management, and security. They explain S3's durability model, including data redundancy, erasure coding, and repair mechanisms. The session also covers S3's horizontal scaling capabilities, various storage classes for cost optimization, and security features like access controls and encryption options. Throughout the presentation, the speakers emphasize S3's design for massive scalability, its ability to handle diverse workloads, and the importance of intentional data management practices.

https://aws.amazon.com/awstv/watch/65acaf1dec0.

In the worst case, a disproportionate number of requests on the same drive can cause stalling as the limited I/O the disk provides becomes exhausted. This results in overall poor performance on requests that depend on the drive(s). As you stall the requests, the delay gets amplified up through layers of the software stack - like Erasure Coding write requests for new data or metadata lookups.

https://highscalability.com/behind-aws-s3s-massive-scale/.

## READING AND WRITING ENCODED CHUNKS FROM AND TO OSDS

An erasure coded pool stores each object as K+M chunks. It is divided into K data chunks and M coding chunks. The pool is configured to have a size of K+M so that each chunk is stored in an OSD in the acting set. The rank of the chunk is stored as an attribute of the object.

Let's say an erasure coded pool is created to use five OSDs ( K+M = 5 ) and sustain the loss of two of them ( M = 2 ).

When the object *NYAN* containing *ABCDEFGHI* is written to it, the erasure encoding function splits the content in three data chunks, simply by dividing the content in three : the first contains *ABC*, the second *DEF* and the last *GHI*. The content will be padded if the content length is not a multiple of K. The function also creates two coding chunks : the fourth with *YXY* and the fifth with *GQC*. Each chunk is stored in an OSD in the acting set. The chunks are stored in objects that have the same name ( *NYAN* ) but reside on different OSDs. The order in which the chunks were created must be preserved and is stored as an attribute of the object ( shard_t ), in addition to its name. Chunk *1* contains *ABC* and is stored on *OSD5* while chunk *4* contains *YXY* and is stored on *OSD3*.

https://docs.ceph.com/en/reef/dev/osd_internals/erasure_coding/developer_notes/.

## 1. Metadata and Data Are Stored Separately

Amazon S3 keeps **metadata** and **file content** in separate systems. This ensures that corruption in one doesn't impact the other.

**Why it matters:**

Corrupt metadata can make your file unreachable even if the file itself is intact. This separation guarantees both can be independently validated and recovered.

https://medium.com/@harishsingh8529/how-amazon-s3-stores-your-data-like-its-the-crown-jewels-184f17cff1e7.



https://blog.bytebytego.com/p/how-amazon-s3-stores-350-trillion.

## Durability and Recovery Services

These services ensure data integrity and fault recovery, helping S3 achieve 99.999999999% durability.

They include services like:

- **Checksum Verification Service**: Continuously verifies stored data against integrity checksums.

- **Background Auditors**: Scans storage nodes for corrupted files and automatically repairs them.

- **Disaster Recovery Engine**: Automatically reconstructs lost or damaged data from backup nodes.

https://blog.bytebytego.com/p/how-amazon-s3-stores-350-trillion.

Page 8 of 11

| | |
|---|---|
| | **Indexing and Metadata Services**<br><br>Every object stored in S3 is assigned a unique identifier and metadata. The indexing microservices track object locations without storing the data itself.<br><br>The metadata is sharded, ensuring that billions of objects can be indexed efficiently.<br><br>The various components involved are as follows:<br><br>• **Global Metadata Store**: Maps object keys to physical storage locations.<br>• **Partitioning Engine**: Distributes index data to optimize retrieval speed.<br>• **Lifecycle Management Service**: Tracks versioning, retention policies, and expiration.<br><br>https://blog.bytebytego.com/p/how-amazon-s3-stores-350-trillion. |
| 15[b] a recovering unit that recovers an erroneous chunk based on chunk data necessary for recovering the erroneous chunk; and | The Accused Instrumentalities further comprise a recovering unit that recovers an erroneous chunk based on chunk data necessary for recovering the erroneous chunk. *See, e.g.*:<br><br>**In Large-Scale Cloud Storage**<br><br>In large-scale storage environments such as Amazon S3, parity bits are essential to sophisticated erasure coding schemes. These systems split data objects into multiple fragments, calculate parity bits for redundancy, and distribute these fragments and parity information across numerous storage nodes and geographic regions. Combining data fragments and parity bits ensures that even if multiple individual nodes or entire regions fail, the original data can still be reconstructed from the surviving nodes. |

Page 9 of 11

| | |
|---|---|
| | https://aptrust.org/2025/04/15/understanding-parity-bits-in-storage-systems. |
| 15[c] a controller that requests the chunk data to one or more data servers data server groups other than a data server group including a failed data and transmits the received chunk data to the recovering unit. | The Accused Instrumentalities further comprise a controller that requests the chunk data to one or more data servers data server groups other than a data server group including a failed data and transmits the received chunk data to the recovering unit. *See, e.g.,* |

## Durability and Recovery Services

These services ensure data integrity and fault recovery, helping S3 achieve 99.999999999% durability.

They include services like:

- **Checksum Verification Service**: Continuously verifies stored data against integrity checksums.

- **Background Auditors**: Scans storage nodes for corrupted files and automatically repairs them.

- **Disaster Recovery Engine**: Automatically reconstructs lost or damaged data from backup nodes.

https://blog.bytebytego.com/p/how-amazon-s3-stores-350-trillion.

Page 10 of 11



The above example deployment has an erasure set of 16 drives. This can support parity between EC:0 and 1/2 the erasure set drives, or EC:8 .

https://docs.min.io/enterprise/aistor-object-store/operations/core-concepts/erasure-coding/.