# Exhibit 4

**Exhibit 4 - U.S. Patent No. 8,788,846 ("'846 Patent") Exemplary Claim Chart**

Accused Instrumentalities:  Amazon Elastic Compute Cloud (Amazon EC2) with AWS Nitro System, and all versions and variations thereof since the issuance of the '846 patent.

| Claim 1 | Amazon's Accused Instrumentalities |
|---|---|
| [pre] A cloud computing system comprising: | To the extent the preamble is deemed limiting, the Accused Instrumentalities comprise a cloud computing system.<br><br>For example, Amazon EC2 with AWS Nitro System includes EC2 instances (e.g., Parent Instance) running application codes and Nitro Enclaves running application codes to provide cloud computing services. *See, e.g.*:<br><br> |

https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/concepts.html.

> AWS Nitro Enclaves is an Amazon EC2 feature that allows you to create isolated execution environments, called *enclaves*, from Amazon EC2 instances. Enclaves are separate, hardened, and highly-constrained virtual machines. They provide only secure local socket connectivity with their parent instance. They have no persistent storage, interactive access, or external networking. Users cannot SSH into an enclave, and the data and applications inside the enclave cannot be accessed by the processes, applications, or users (root or admin) of the parent instance. Using Nitro Enclaves, you can secure your most sensitive data, such as personally identifiable information (PII), and your data processing applications.



https://docs.aws.amazon.com/enclaves/latest/user/nitro-enclave.html.

> Nitro Enclaves use the same Nitro Hypervisor technology that provides CPU and memory isolation for Amazon EC2 instances in order to isolate the vCPUs and memory for an enclave from a parent instance. The Nitro Hypervisor ensures that the parent instance has no access to the isolated vCPUs and memory of the enclave.

https://docs.aws.amazon.com/enclaves/latest/user/nitro-enclave.html.

An enclave application is an application that is designed and developed to run inside the isolated enclave environment. An enclave application typically consists of at least two components:

- An application that runs on the parent instance
- An application that runs inside the enclave

https://docs.aws.amazon.com/enclaves/latest/user/developing-applications.html.



https://vik-y.medium.com/most-developers-dont-know-about-aws-nitro-system-find-out-why-20e2d0d32898.

Page 3 of 24

As Cloud-DevOps engineers, we're always on the lookout for technologies that boost performance, enhance security, and improve availability. The AWS Nitro System is one such innovation, yet surprisingly most Engineers I interact with remain unaware of its capabilities. AWS Introduced Nitro in 2017 and since then they have introduced it into multiple EC2 instance types. AWS Nitro is an innovation that makes the computing quality of AWS far superior than its competitors.

https://vik-y.medium.com/most-developers-dont-know-about-aws-nitro-system-find-out-why-20e2d0d32898.

**Conclusion**

The AWS Nitro System is a powerful technology that enhances the capabilities of EC2 instances. Now every time you use an EC2 instance — be thankful for this amazing system.

https://vik-y.medium.com/most-developers-dont-know-about-aws-nitro-system-find-out-why-20e2d0d32898.

| | |
|---|---|
| 1[a] a management server configured to manage a plurality of servers and distribute service resources, | The Accused Instrumentalities comprise a management server configured to manage a plurality of servers and distribute service resources. *See, e.g.*: |

Page 4 of 24

The Amazon EC2 service consists of a control plane and a data plane. "Control plane" and "data plane" are terms of art from networking, but we use them all over the place within AWS. A *control plane* is the machinery involved in making changes to a system—adding resources, deleting resources, modifying resources—and getting those changes propagated to wherever they need to go to take effect. A *data plane*, in contrast, is the daily business of those resources, that is, what it takes for them to function.

In Amazon EC2, the control plane is everything that happens when EC2 launches a new instance. The logic of the control plane pulls together everything needed for a new EC2 instance by performing numerous tasks. The following are a few examples:
- It finds a physical server for the compute while respecting placement group and VPC tenancy requirements.
- It allocates a network interface out of the VPC subnet.
- It prepares an Amazon Elastic Block Store (EBS) volume.
- It generates AWS Identity and Access Management (IAM) role credentials.
- It installs Security Group rules.
- It stores the results in the data stores of the various downstream services.
- It propagates the needed configurations to the server in the VPC and the network edge as appropriate.

https://d1.awsstatic.com/builderslibrary/pdfs/static-stability-using-availability-zones.pdf.

A Nitro Enclave inherits the same isolation and side-channel mitigations as every other EC2 instance running on the same server processor. The parent instance must allocate a fixed number of vCPUs (the minimum amount equaling one full core) as well as a fixed number of memory pages. That fixed set of CPU and memory resources are subtracted from the parent instance (using the "hot-unplug of hardware resources" feature supported in both Linux and Windows kernels) and then utilized by the Nitro Hypervisor to create another fully protected independent VM environment in which to run the Nitro Enclave image.

https://docs.aws.amazon.com/pdfs/whitepapers/latest/security-design-of-aws-nitro-system/security-design-of-aws-nitro-system.pdf.

AWS applies this principle in the design of all of their services. For instance, the EC2 control plane is responsible for allocating, changing state and reconfiguring instances. It can fail or be shut off, and it will not affect any of the currently running instances (which are the data plane for the EC2 service). You can read about it in this excellent whitepaper from AWS, or watch this video from re:Invent.

https://www.capitalone.com/tech/cloud/build-resilient-systems-aws/.



https://vik-y.medium.com/most-developers-dont-know-about-aws-nitro-system-find-out-why-20e2d0d32898.

**What is the AWS Nitro System?**

The AWS Nitro System is a collection of hardware and software components designed by AWS to provide high performance, high availability, and high security for EC2 instances.

https://vik-y.medium.com/most-developers-dont-know-about-aws-nitro-system-find-out-why-20e2d0d32898.

**How Does the AWS Nitro System Work?**

Imagine you need to launch an EC2 instance. Here's how the AWS Nitro System facilitates this process:

1. Request Initiation: You use the AWS SDK or CLI to run a command like `aws ec2 run-instances`, specifying instance type, availability zone, region, and AMI.

2. Resource Validation: The EC2 control plane checks resource availability and forwards the request to the Nitro controller for user authorization.

3. Resource Allocation: The Nitro controller communicates with the Nitro hypervisor over the PCIe bus to allocate CPU and memory resources. The hypervisor sets up hardware-based isolation and allocates memory.

4. Resource Setup: The Nitro controller instructs other Nitro components to allocate an Elastic Network Interface (ENI), an Elastic Block Store (EBS) volume, and local storage.

5. Instance Boot: The Nitro controller confirms the setup, and the EC2 instance boots up, ready for use.

| | https://vik-y.medium.com/most-developers-dont-know-about-aws-nitro-system-find-out-why-20e2d0d32898. |
|---|---|
| 1[b] wherein, each of the servers corresponds to one of a secure server type and a general server type, | The Accused Instrumentalities meet the limitation that each of the servers corresponds to one of a secure server type and a general server type. *See, e.g.*:<br><br><br><br>https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/concepts.html. |

AWS Nitro Enclaves is an Amazon EC2 feature that allows you to create isolated execution environments, called *enclaves*, from Amazon EC2 instances. Enclaves are separate, hardened, and highly-constrained virtual machines. They provide only secure local socket connectivity with their parent instance. They have no persistent storage, interactive access, or external networking. Users cannot SSH into an enclave, and the data and applications inside the enclave cannot be accessed by the processes, applications, or users (root or admin) of the parent instance. Using Nitro Enclaves, you can secure your most sensitive data, such as personally identifiable information (PII), and your data processing applications.



https://docs.aws.amazon.com/enclaves/latest/user/nitro-enclave.html.

Nitro Enclaves use the same Nitro Hypervisor technology that provides CPU and memory isolation for Amazon EC2 instances in order to isolate the vCPUs and memory for an enclave from a parent instance. The Nitro Hypervisor ensures that the parent instance has no access to the isolated vCPUs and memory of the enclave.

https://docs.aws.amazon.com/enclaves/latest/user/nitro-enclave.html.

> An enclave application is an application that is designed and developed to run inside the isolated enclave environment. An enclave application typically consists of at least two components:
>
> - An application that runs on the parent instance
> - An application that runs inside the enclave
>
> Due to the isolated environment of the enclave, the only channel of communication between applications that are running on the instance and applications that are running in the enclave is the vsock socket.

https://docs.aws.amazon.com/enclaves/latest/user/developing-applications.html.

> **Enclave Development**                                    Open all
>
> ---
>
> **What are enclave applications?**                              —
>
> Enclave applications, like ACM for Nitro Enclaves , are complete end-to-end applications that you can use with Nitro Enclaves. Enclave applications contains the application (in .eif format) that runs in the enclave, and applications that run on the parent instance that are required to interact with the enclave. Enclave applications provide you with an easy way to get started with Nitro Enclaves without having to refactor existing applications to run in an isolated, hardened, and highly constrained environment.

https://aws.amazon.com/ec2/nitro/nitro-enclaves/faqs/#topic-1.

**Protecting intellectual property**

- Encrypt the sensitive IP, e.g., an application or machine-learning model

- This encrypted material can then be baked into the enclave image, or it can be retrieved by the enclave image on boot

- When booted, the "stub" enclave image will verify, decrypt, and execute the encrypted application or machine-learned model

https://d1.awsstatic.com/events/reinvent/2020/Deep_dive_on_AWS_Nitro_Enclaves_for_apps_running_on_Amazon_EC2_SEC318.pdf.

To run an example confidential application which uses an encrypted model (part of the encrypted application package supplied by owner) with a plaintext data set (owned by user):

```
python3 client.py run -f application.encrypted -s ml_algorithm.py -a "-m model.h5 -d /dataset
```

These commands are similar to how you would run an application locally on an EC2 instance, but in this case we leverage a client application which instructs the enclave to run the ML script in a confidential manner in which the user can only see the results without seeing the code being run.

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

**Architecture**



https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.



Figure 1: A simplified model of the AWS Nitro Enclaves system

https://blog.trailofbits.com/2024/09/24/notes-on-aws-nitro-enclaves-attack-surface/.

| 1[c] wherein … the secure server type of server decrypts an encrypted code of a program provided from a client, and | The Accused Instrumentalities meet the limitation that the secure server type of server decrypts an encrypted code of a program provided from a client. *See, e.g.*: |
| --- | --- |

**Enclave Development**                                    Open all

**What are enclave applications?**                         —

Enclave applications, like ACM for Nitro Enclaves , are complete end-to-end applications that you can use with Nitro Enclaves. Enclave applications contains the application (in .eif format) that runs in the enclave, and applications that run on the parent instance that are required to interact with the enclave. Enclave applications provide you with an easy way to get started with Nitro Enclaves without having to refactor existing applications to run in an isolated, hardened, and highly constrained environment.

https://aws.amazon.com/ec2/nitro/nitro-enclaves/faqs/#topic-1.

## Protecting intellectual property

- Encrypt the sensitive IP, e.g., an application or machine-learning model

- This encrypted material can then be baked into the enclave image, or it can be retrieved by the enclave image on boot

- When booted, the "stub" enclave image will verify, decrypt, and execute the encrypted application or machine-learned model

https://d1.awsstatic.com/events/reinvent/2020/Deep_dive_on_AWS_Nitro_Enclaves_for_apps_running_on_Amazon_EC2_SEC318.pdf.

To run an example confidential application which uses an encrypted model (part of the encrypted application package supplied by owner) with a plaintext data set (owned by user):

```
python3 client.py run -f application.encrypted -s ml_algorithm.py -a "-m model.h5 -d /dataset
```

These commands are similar to how you would run an application locally on an EC2 instance, but in this case we leverage a client application which instructs the enclave to run the ML script in a confidential manner in which the user can only see the results without seeing the code being run.

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

The high-level workflow is the following:

1. An application user creates and shares an Amazon S3 bucket with the application owner (third-party) in which they can store encrypted applications and enclave image files.
2. An application owner uploads their sensitive plaintext files, along with utilities supplied with this solution, into their private AWS CodeCommit Git repository.
3. An application owner deploys AWS CodeBuild projects for automated encryption and enclave image builds using Infrastructure-as-Code supplied with this solution. The output files are automatically shared with the application user via the shared S3 bucket. The application owner's account owns the KMS key used to encrypt applications. Access to decrypt data using this key is controlled using its resource policy. The enclave image build process keeps the policy condition up-to-date with the PCR0 hash of the latest built enclave image file.
4. An IT administrator allocates compute, and memory resources for the EC2 instance that will host the enclave and grants the required AWS IAM permissions.
5. An application user downloads the client application supplied with this solution, so they can interact with the running enclave.
6. An application user can download externally-provided sensitive files, as well as their own data, and transfer them to the enclave for usage. Applications are only decrypted within the boundary of the running enclave, which the user does not have access to. The output files returned by the applications will be stored in a shared directory between the enclave and the parent EC2 instance, from where the user can process them without restrictions.

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

## Constraints

- Only one third-party application can be run on an enclave at a given time

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

## Use cases

The implementation provided in this sample enables the following use cases:

- a third-party provides an application, optionally with ML files (e.g. models) and/or datasets, and the customer runs it in the enclave
- a third-party provides an application, optionally with ML files, and the customer runs it in the enclave with their own datasets
- a third-party provides an application and the customer runs it in the enclave with their own ML files and/or datasets

While the solution we provide is currently configured to run just Python applications, the server code packaged with the enclave can be adjusted with minimal changes to support other types of applications too.

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

### Source Code

#### Server application

| File Name | Path | Description |
|---|---|---|
| server.py | src/server/containers/enclave_app/server/ | Main entrypoint to run the application. Invoked by *src/server/containers/enclave_app/Dockerfile* when the enclave starts. It runs as a service (always on while the enclave image running) and it listens to incoming client connections. |
| rpc_server.py | src/server/containers/enclave_app/server/network | Basic RPC server that listens to incoming client commands. |
| proxy.py | src/server/containers/enclave_app/server/network | Allows the enclave to communicate with the client's vsocks proxy to send key decryption requests to the configured AWS KMS endpoint. |
| rfs_server.py | src/server/containers/enclave_app/server/filesystem | Implements how to process incoming client filesystem commands related to the directory synced between client and enclave. |
| run.py | src/server/containers/enclave_app/server/process | Implements the processing for the client command run. In summary, it will decrypt the application code provided and execute the required script on the enclave. |

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves/blob/main/docs/Server.md.

Page 17 of 24

**Why This Matters: The Killer Use Cases**

1. **Confidential Computing:** Process Personal Identifiable Information (PII), healthcare data, or financial records without exposing the raw data to the underlying OS or any human operators.
2. **Secure Key Operations:** The perfect partner to **CloudHSM**. The enclave can prove its identity to CloudHSM, which then releases keys directly to it for signing or decryption, minimizing the attack surface.
3. **Multi-Party Computation:** Multiple parties can contribute encrypted data to be processed within a trusted enclave. No single party sees the others' data, but all can trust the computed result.
4. **Protecting Intellectual Property:** Run proprietary algorithms or machine learning models without fear of them being reverse-engineered from the host server's memory.

https://dev.to/leonardkachi/nitro-enclaves-your-clouds-ultimate-digital-clean-room-34gd.

The nitro-cli build-enclave creates an enclave image file and it provides the enclave's measurements. The enclave image file is used to launch the enclave on the parent instance, and the measurements are used to set up the attestation process. For more information, see Cryptographic attestation.

https://docs.aws.amazon.com/enclaves/latest/user/building-eif.html.

Page 18 of 24

## Where to get an enclave's measurements

An enclave's measurements includes a series of hashes and platform configuration registers (PCRs) that are unique to the enclave. An enclave has six measurements:

| PCR | Hash of … | Description |
| --- | --- | --- |
| PCR0 | Enclave image file | A contiguous measure of the contents of the image file, without the section data. |
| PCR1 | Linux kernel and bootstrap | A contiguous measurement of the kernel and boot ramfs data. |
| PCR2 | Application | A contiguous, in-order measurement of the user applications, without the boot ramfs. |
| PCR3 | IAM role assigned to the parent instance | A contiguous measurement of the IAM role assigned to the parent instance. Ensures that the attestation process succeeds only when the parent instance has the correct IAM role. |
| PCR4 | Instance ID of the parent instance | A contiguous measurement of the ID of the parent instance. Ensures that the attestation process succeeds only when the parent instance has a specific instance ID. |
| PCR8 | Enclave image file signing certificate | A measure of the signing certificate specified for the enclave image file. Ensures that the attestation process succeeds only when the enclave was booted from an enclave image file signed by a specific certificate. |

https://docs.aws.amazon.com/enclaves/latest/user/set-up-attestation.html.

### PCR0, PCR1, and PCR2

PCR0, PCR1, and PCR2 are exposed when the enclave image file (`.eif`) is built. In other words, they are provided as part of the output of the `nitro-cli build-enclave` command.

| | |
|---|---|
| | https://docs.aws.amazon.com/enclaves/latest/user/set-up-attestation.html. |
| 1[d] wherein … secret code of the program is executed by one or more secure server type of servers and general code of the program is executed by one or more general server type of servers. | The Accused Instrumentalities meet the limitation that secret code of the program is executed by one or more secure server type of servers and general code of the program is executed by one or more general server type of servers. *See, e.g.*:<br><br>**Enclave Development**  Open all<br><br>**What are enclave applications?**  —<br><br>Enclave applications, like ACM for Nitro Enclaves , are complete end-to-end applications that you can use with Nitro Enclaves. Enclave applications contains the application (in .eif format) that runs in the enclave, and applications that run on the parent instance that are required to interact with the enclave. Enclave applications provide you with an easy way to get started with Nitro Enclaves without having to refactor existing applications to run in an isolated, hardened, and highly constrained environment.<br><br>https://aws.amazon.com/ec2/nitro/nitro-enclaves/faqs/#topic-1. |

**Protecting intellectual property**

- Encrypt the sensitive IP, e.g., an application or machine-learning model

- This encrypted material can then be baked into the enclave image, or it can be retrieved by the enclave image on boot

- When booted, the "stub" enclave image will verify, decrypt, and execute the encrypted application or machine-learned model

https://d1.awsstatic.com/events/reinvent/2020/Deep_dive_on_AWS_Nitro_Enclaves_for_apps_running_on_Amazon_EC2_SEC318.pdf.

To run an example confidential application which uses an encrypted model (part of the encrypted application package supplied by owner) with a plaintext data set (owned by user):

```
python3 client.py run –f application.encrypted –s ml_algorithm.py –a "–m model.h5 –d /dataset
```

These commands are similar to how you would run an application locally on an EC2 instance, but in this case we leverage a client application which instructs the enclave to run the ML script in a confidential manner in which the user can only see the results without seeing the code being run.

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

The high-level workflow is the following:

1. An application user creates and shares an Amazon S3 bucket with the application owner (third-party) in which they can store encrypted applications and enclave image files.

2. An application owner uploads their sensitive plaintext files, along with utilities supplied with this solution, into their private AWS CodeCommit Git repository.

3. An application owner deploys AWS CodeBuild projects for automated encryption and enclave image builds using Infrastructure-as-Code supplied with this solution. The output files are automatically shared with the application user via the shared S3 bucket. The application owner's account owns the KMS key used to encrypt applications. Access to decrypt data using this key is controlled using its resource policy. The enclave image build process keeps the policy condition up-to-date with the PCR0 hash of the latest built enclave image file.

4. An IT administrator allocates compute, and memory resources for the EC2 instance that will host the enclave and grants the required AWS IAM permissions.

5. An application user downloads the client application supplied with this solution, so they can interact with the running enclave.

6. An application user can download externally-provided sensitive files, as well as their own data, and transfer them to the enclave for usage. Applications are only decrypted within the boundary of the running enclave, which the user does not have access to. The output files returned by the applications will be stored in a shared directory between the enclave and the parent EC2 instance, from where the user can process them without restrictions.

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

**Operational**

The user guide to create and operate the enclave is available in the RUNBOOK with step by step instructions that follow the flow described in the architecture diagram.

**Technical**

- Client Application - EC2 Instance
    - Covers the client application Python code
- Server Application - Nitro Enclave
    - Covers the server application Python code
- Encryption
    - Covers the encryptor application Python code
    - Covers the automated application encryptor CloudFormation template
    - Covers usage of AWS IAM and AWS KMS to define controlled policies
- Builder
    - Covers the automated enclave image builder CloudFormation template

## Constraints

- Only one third-party application can be run on an enclave at a given time

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves.

**Source Code**

**Server application**

| File Name | Path | Description |
|---|---|---|
| server.py | src/server/containers/enclave_app/server/ | Main entrypoint to run the application. Invoked by *src/server/containers/enclave_app/Dockerfile* when the enclave starts. It runs as a service (always on while the enclave image running) and it listens to incoming client connections. |
| rpc_server.py | src/server/containers/enclave_app/server/network | Basic RPC server that listens to incoming client commands. |
| proxy.py | src/server/containers/enclave_app/server/network | Allows the enclave to communicate with the client's vsocks proxy to send key decryption requests to the configured AWS KMS endpoint. |
| rfs_server.py | src/server/containers/enclave_app/server/filesystem | Implements how to process incoming client filesystem commands related to the directory synced between client and enclave. |
| run.py | src/server/containers/enclave_app/server/process | Implements the processing for the client command run. In summary, it will decrypt the application code provided and execute the required script on the enclave. |

https://github.com/aws-samples/aws-graviton-run-confidential-ml-workloads-using-nitro-enclaves/blob/main/docs/Server.md.