# Exhibit 6

**Exhibit 6 - U.S. Patent No. 9,104,565 ("'565 Patent") Exemplary Claim Chart**

Accused Instrumentalities: Amazon CloudWatch, AWS Xray (with Insights), AWS Config, AWS Systems Manager (SSM), Amazon EventBridge, Amazon SNS / AWS Chatbot / Amazon SES (Notification Services), including any related, underlying, supporting, enabling, ancillary, or successor AWS services, features, functionalities, software components, APIs, monitoring tools, diagnostic systems, tracing systems, resource-relationship systems, or event-handling systems.

| Claim 1 | Amazon's Accused Instrumentalities |
|---|---|
| [pre] A fault tracing method for remote maintenance, comprising: | To the extent that the preamble is limiting, the Accused Instrumentalities perform a fault tracing method for remote maintenance comprising steps 1[a]-1[d] as discussed below.<br><br>**Operational visibility with metrics, alarms, and dashboards**<br><br>Metrics collect and track key performance data at user-defined intervals. Many AWS services automatically report metrics into CloudWatch, and you can also publish custom metrics in CloudWatch from your applications.<br><br>Dashboards offer a unified view of your resources and applications with visualizations of your metrics and logs in a single location. You can also share dashboards across accounts and Regions for enhanced operational awareness. CloudWatch provides curated automatic dashboards for many AWS services, so that you don't have to build them yourself.<br><br>You can set up alarms that continuously monitor CloudWatch metrics against user-defined thresholds. They automatically alert you to breaches of the thresholds, and can also automatically respond to changes in your resources' behavior by triggering automated actions.<br><br>**Application performance monitoring (APM)**<br><br>With Application Signals you can automatically detect and monitor your applications' key performance indicators like latency, error rates, and request rates without manual instrumentation or code changes. Application Signals also provides curated dashboards so you can begin monitoring with a minimum of setup.<br><br>CloudWatch Synthetics complements this by enabling you to proactively monitor your endpoints and APIs through configurable scripts called *canaries* that simulate user behavior and alert you to availability issues or performance degradation before they impact real users. You can also use CloudWatch RUM to gather performance data from real user sessions.<br><br>Use Service Level Objectives (SLOs) in CloudWatch to define, track, and alert on specific reliability targets for your applications, helping you maintain service quality commitments by setting error budgets and monitoring SLO compliance over time.<br><br>https://docs.aws.amazon.com/AmazonCloudWatch/latest/monitoring/WhatIsCloudWatch.html. |

AWS X-Ray is a service that collects data about requests that your application serves, and provides tools that you can use to view, filter, and gain insights into that data to identify issues and opportunities for optimization. For any traced request to your application, you can see detailed information not only about the request and response, but also about calls that your application makes to downstream AWS resources, microservices, databases, and web APIs.



https://docs.aws.amazon.com/xray/latest/devguide/aws-xray.html.

---

**What is AWS X-Ray?**                                                    —

AWS X-Ray helps developers analyze and debug production, distributed applications, such as those built using a microservices architecture. With X-Ray, you can understand how your application and its underlying services are performing to identify and troubleshoot the root cause of performance issues and errors. X-Ray provides an end-to-end view of requests as they travel through your application, and shows a map of your application's underlying components. You can use X-Ray to analyze both applications in development and in production, from simple three-tier applications to complex microservices applications consisting of thousands of services.

---

https://aws.amazon.com/xray/faqs/.

*See also, e.g.*, 1[a]-1[d].

| 1[a] detecting faults by receiving error events or fault diagnosis request messages, | The Accused Instrumentalities detect faults by receiving error events or fault diagnosis request messages, *see, e.g.*: |
|---|---|
| | **Operational visibility with metrics, alarms, and dashboards**<br><br>Metrics collect and track key performance data at user-defined intervals. Many AWS services automatically report metrics into CloudWatch, and you can also publish custom metrics in CloudWatch from your applications.<br><br>Dashboards offer a unified view of your resources and applications with visualizations of your metrics and logs in a single location. You can also share dashboards across accounts and Regions for enhanced operational awareness. CloudWatch provides curated automatic dashboards for many AWS services, so that you don't have to build them yourself.<br><br>You can set up alarms that continuously monitor CloudWatch metrics against user-defined thresholds. They automatically alert you to breaches of the thresholds, and can also automatically respond to changes in your resources' behavior by triggering automated actions.<br><br>**Application performance monitoring (APM)**<br><br>With Application Signals you can automatically detect and monitor your applications' key performance indicators like latency, error rates, and request rates without manual instrumentation or code changes. Application Signals also provides curated dashboards so you can begin monitoring with a minimum of setup.<br><br>CloudWatch Synthetics complements this by enabling you to proactively monitor your endpoints and APIs through configurable scripts called *canaries* that simulate user behavior and alert you to availability issues or performance degradation before they impact real users. You can also use CloudWatch RUM to gather performance data from real user sessions.<br><br>Use Service Level Objectives (SLOs) in CloudWatch to define, track, and alert on specific reliability targets for your applications, helping you maintain service quality commitments by setting error budgets and monitoring SLO compliance over time.<br><br>https://docs.aws.amazon.com/AmazonCloudWatch/latest/monitoring/WhatIsCloudWatch.html. |

Page 3 of 20

AWS X-Ray continuously analyzes trace data in your account to identify emergent issues in your applications. When fault rates exceed the expected range, it creates an *insight* that records the issue and tracks its impact until it's resolved. With insights, you can:

- Identify where in your application issues are occurring, the root cause of the issue, and associated impact. The impact analysis provided by insights enables you to derive the severity and priority of an issue.
- Receive notifications as the issue changes over time. Insights notifications can be integrated with your monitoring and alerting solution using Amazon EventBridge. This integration enables you to send automated emails or alerts based on the severity of the issue.

The X-Ray console identifies nodes with ongoing incidents in the trace map. To see a summary of the insight, choose the affected node. You can also view and filter insights by choosing **Insights** from the navigation pane on the left.

https://docs.aws.amazon.com/xray/latest/devguide/aws-xray.html.

AWS X-Ray Insights uses statistical modeling to train on fault rate data for all services and creates a prediction band of acceptable fault rates. Any seasonal and cyclical variations are taken into account while training. If the fault rates go beyond the acceptable range, an insight that contains information about the root cause service, affected services, and impact to user requests is generated. X-Ray also creates an incident timeline and records all important events as the incident progresses. Any changes to the overall end user impact or affected services are captured as an event in the incident. Notifications for these events are sent to Amazon EventBridge and can be forwarded to any target or integrated into your internal operational processes to notify your operations team or on-call engineers. With X-Ray Insights, your teams are no longer burdened with triage tasks because Insights automates the process of identifying the issue, its root cause, and its impact.

## Issue detection

Figure 1 shows a list of insights and details for each that include description, duration, root cause service, anomalous services, and more. You can use this page to quickly identify issues in your application. Insights are generated per X-Ray group to help you pin down the affected user flows or parts of the application.



*Figure 1: Insights page in the AWS X-Ray console*

### Identify root cause and affected services

When you choose an insight, you'll see a trace map that highlights the anomalous services and the root cause of the issue. This eliminates the grunt work common in the triage process. A developer or DevOps engineer can quickly start troubleshooting the service identified as the root cause.



*Figure 2: Trace map*

https://aws.amazon.com/blogs/mt/discover-application-issues-get-notifications-aws-x-ray-insights/.



**Use AWS X-Ray Insights**

https://www.youtube.com/watch?v=tl8OWHl6jxw.

# What Is Amazon EventBridge?

EventBridge is a serverless service that uses events to connect application components together, making it easier for you to build scalable event-driven applications. Event-driven architecture is a style of building loosely-coupled software systems that work together by emitting and responding to events. Event-driven architecture can help you boost agility and build reliable, scalable applications.

EventBridge provides simple and consistent ways to ingest, filter, transform, and deliver events so you can build applications quickly.

| | |
|---|---|
| | **Using resource-based policies for Amazon EventBridge**<br><br>When a rule runs in EventBridge, all of the targets associated with the rule are invoked. Rules can invoke AWS Lambda functions, publish to Amazon SNS topics, or relay the event to Kinesis streams. To make API calls against the resources you own, EventBridge needs the appropriate permissions. For Lambda, Amazon SNS, Amazon SQS, and Amazon CloudWatch Logs resources, EventBridge uses resource-based policies. For Kinesis streams, EventBridge uses identity-based policies.<br><br>https://docs.aws.amazon.com/pdfs/eventbridge/latest/userguide/user-guide.pdf.<br><br>*See also, e.g.*: 1[pre]. |
| 1[b] generating transactions for the detected faults; | The Accused Instrumentalities generate transactions for the detected faults, *see, e.g.*:<br><br><br><br>https://docs.aws.amazon.com/xray/latest/devguide/aws-xray.html. |

Page 8 of 20

AWS X-Ray continuously analyzes trace data in your account to identify emergent issues in your applications. When fault rates exceed the expected range, it creates an *insight* that records the issue and tracks its impact until it's resolved. With insights, you can:

- Identify where in your application issues are occurring, the root cause of the issue, and associated impact. The impact analysis provided by insights enables you to derive the severity and priority of an issue.
- Receive notifications as the issue changes over time. Insights notifications can be integrated with your monitoring and alerting solution using Amazon EventBridge. This integration enables you to send automated emails or alerts based on the severity of the issue.

The X-Ray console identifies nodes with ongoing incidents in the trace map. To see a summary of the insight, choose the affected node. You can also view and filter insights by choosing **Insights** from the navigation pane on the left.

https://docs.aws.amazon.com/xray/latest/devguide/aws-xray.html.

AWS X-Ray Insights uses statistical modeling to train on fault rate data for all services and creates a prediction band of acceptable fault rates. Any seasonal and cyclical variations are taken into account while training. If the fault rates go beyond the acceptable range, an insight that contains information about the root cause service, affected services, and impact to user requests is generated. X-Ray also creates an incident timeline and records all important events as the incident progresses. Any changes to the overall end user impact or affected services are captured as an event in the incident. Notifications for these events are sent to Amazon EventBridge and can be forwarded to any target or integrated into your internal operational processes to notify your operations team or on-call engineers. With X-Ray Insights, your teams are no longer burdened with triage tasks because Insights automates the process of identifying the issue, its root cause, and its impact.

Page 9 of 20

## Issue detection

Figure 1 shows a list of insights and details for each that include description, duration, root cause service, anomalous services, and more. You can use this page to quickly identify issues in your application. Insights are generated per X-Ray group to help you pin down the affected user flows or parts of the application.



*Figure 1: Insights page in the AWS X-Ray console*

### Identify root cause and affected services

When you choose an insight, you'll see a trace map that highlights the anomalous services and the root cause of the issue. This eliminates the grunt work common in the triage process. A developer or DevOps engineer can quickly start troubleshooting the service identified as the root cause.



*Figure 2: Trace map*

https://aws.amazon.com/blogs/mt/discover-application-issues-get-notifications-aws-x-ray-insights/.



**Use AWS X-Ray Insights**

https://www.youtube.com/watch?v=tl8OWHl6jxw.

*See also, e.g.*: 1[a].

| 1[c] tracing the faults according to the transactions, including (c1) constructing a sub-map by removing resources and resource relation information that are unnecessary to trace a corresponding fault from a resource relation map, (c2) probing a resource, (c3) selecting a subsequent domain so as to select a next resource to be probed, and (c4) selecting a resource of the selected subsequent | The Accused Instrumentalities trace the faults according to the transactions, including (c1) constructing a sub-map by removing resources and resource relation information that are unnecessary to trace a corresponding fault from a resource relation map, (c2) probing a resource, (c3) selecting a subsequent domain so as to select a next resource to be probed, and (c4) selecting a resource of the selected subsequent domain to be probed according to the result of (c2), *see, e.g.*: |
|---|---|

| | |
|---|---|
| domain to be probed according to the result of (c2); | AWS X-Ray continuously analyzes trace data in your account to identify emergent issues in your applications. When fault rates exceed the expected range, it creates an *insight* that records the issue and tracks its impact until it's resolved. With insights, you can:<br><br>• Identify where in your application issues are occurring, the root cause of the issue, and associated impact. The impact analysis provided by insights enables you to derive the severity and priority of an issue.<br>• Receive notifications as the issue changes over time. Insights notifications can be integrated with your monitoring and alerting solution using Amazon EventBridge. This integration enables you to send automated emails or alerts based on the severity of the issue.<br><br>The X-Ray console identifies nodes with ongoing incidents in the trace map. To see a summary of the insight, choose the affected node. You can also view and filter insights by choosing **Insights** from the navigation pane on the left.<br><br>The X-Ray console identifies nodes with ongoing incidents in the trace map. To see a summary of the insight, choose the affected node. You can also view and filter insights by choosing **Insights** from the navigation pane on the left.<br><br> |

X-Ray creates an insight when it detects an *anomaly* in one or more nodes of the service map. The service uses statistical modeling to predict the expected fault rates of services in your application. In the preceding example, the anomaly is an increase in faults from AWS Elastic Beanstalk. The Elastic Beanstalk server experienced multiple API call timeouts, causing an anomaly in the downstream nodes.

The **Root cause** section shows a trace map focused on the root cause service and the impacted path. You may hide the unaffected nodes by selecting the eye icon in the top right of the Root cause map. The root cause service is the farthest downstream node where X-Ray identified an anomaly. It can represent a service that you instrumented or an external service that your service called with an instrumented client. For example, if you call Amazon DynamoDB with an instrumented AWS SDK client, an increase in faults from DynamoDB results in an insight with DynamoDB as the root cause.

To further investigate the root cause, select **View root cause details** on the root cause graph. You can use the **Analytics** page to investigate the root cause and related messages. For more information, see Interacting with the Analytics console.



https://docs.aws.amazon.com/xray/latest/devguide/xray-console-insights.html.

AWS X-Ray receives data from services as *segments*. X-Ray then groups segments that have a common request into *traces*. X-Ray processes the traces to generate a *service graph* that provides a visual representation of your application.

## Traces

A **trace ID** tracks the path of a request through your application. A trace collects all the segments generated by a single request. That request is typically an HTTP GET or POST request that travels through a load balancer, hits your application code, and generates downstream calls to other AWS services or external web APIs. The first supported service that the HTTP request interacts with adds a trace ID header to the request, and propagates it downstream to track the latency, disposition, and other request data.

https://docs.aws.amazon.com/xray/latest/devguide/xray-concepts.html#xray-concepts-traces.



# Tracing applications with AWS X-Ray

A request through your application might consist of calls to databases, applications, and web services running in on-premises servers, Amazon EC2, containers, or Lambda. By implementing application tracing, you can quickly identify the root cause of issues in your applications that use distributed components and services. You can use AWS X-Ray to trace your application requests across multiple components. X-Ray samples and visualizes requests on a service graph when they flow through your application components and each component is represented as a segment. X-Ray generates trace identifiers so that you can correlate a request when it flows through multiple components, which helps you view the request from end to end. You can further enhance this by including annotations and metadata to help uniquely search for and identify the characteristics of a request.

https://docs.aws.amazon.com/prescriptive-guidance/latest/implementing-logging-monitoring-

<table>
<tr>
<td></td>
<td>

cloudwatch/application-tracing-xray.html.



https://www.youtube.com/watch?v=tl8OWHl6jxw.

*See also, e.g.*, 1[b].
</td>
</tr>
<tr>
<td>

1[d] notifying a client terminal or user of the fault diagnosis results, wherein a domain is defined based on the type of resources in the domain.
</td>
<td>

The Accused Instrumentalities notify a client terminal or user of the fault diagnosis results, wherein a domain is defined based on the type of resources in the domain, *see, e.g.*:
</td>
</tr>
</table>

AWS X-Ray continuously analyzes trace data in your account to identify emergent issues in your applications. When fault rates exceed the expected range, it creates an *insight* that records the issue and tracks its impact until it's resolved. With insights, you can:

- Identify where in your application issues are occurring, the root cause of the issue, and associated impact. The impact analysis provided by insights enables you to derive the severity and priority of an issue.
- Receive notifications as the issue changes over time. Insights notifications can be integrated with your monitoring and alerting solution using Amazon EventBridge. This integration enables you to send automated emails or alerts based on the severity of the issue.

The X-Ray console identifies nodes with ongoing incidents in the trace map. To see a summary of the insight, choose the affected node. You can also view and filter insights by choosing **Insights** from the navigation pane on the left.



**Understanding impact**

AWS X-Ray measures the impact caused by an ongoing issue as part of generating insights and notifications. The impact is measured in two ways:

- Impact to the X-Ray group
- Impact on the root cause service

This impact is determined by the percentage of request that are failing or causing an error within a given time period. This impact analysis allows you to derive the severity and priority of the issue based on your particular scenario. This impact is available as part of the console experience in addition to insights notifications.

https://docs.aws.amazon.com/xray/latest/devguide/xray-console-insights.html.



Use AWS X-Ray Insights

https://www.youtube.com/watch?v=tl8OWHl6jxw.

## What Is Amazon EventBridge?

EventBridge is a serverless service that uses events to connect application components together, making it easier for you to build scalable event-driven applications. Event-driven architecture is a style of building loosely-coupled software systems that work together by emitting and responding to events. Event-driven architecture can help you boost agility and build reliable, scalable applications.

EventBridge provides simple and consistent ways to ingest, filter, transform, and deliver events so you can build applications quickly.

**Using resource-based policies for Amazon EventBridge**

When a rule runs in EventBridge, all of the targets associated with the rule are invoked. Rules can invoke AWS Lambda functions, publish to Amazon SNS topics, or relay the event to Kinesis streams. To make API calls against the resources you own, EventBridge needs the appropriate permissions. For Lambda, Amazon SNS, Amazon SQS, and Amazon CloudWatch Logs resources, EventBridge uses resource-based policies. For Kinesis streams, EventBridge uses identity-based policies.

https://docs.aws.amazon.com/pdfs/eventbridge/latest/userguide/user-guide.pdf.

*See also, e.g.*, 1[c].

Page 20 of 20