# Exhibit 8

**Exhibit 8 - U.S. Patent No. 9,112,934 ("'934 Patent") Exemplary Claim Chart**

Accused Instrumentalities: Amazon CloudFront, Amazon CloudWatch, AWS Management Console, AWS CLI, including any related, underlying, supporting, enabling, ancillary, or successor AWS services, features, functionalities, software components, APIs, monitoring tools, diagnostic systems, tracing systems, resource-relationship systems, or event-handling systems.

| Claim 7 | Amazon's Accused Instrumentalities |
|---|---|
| 7[pre] A method for managing a content delivery network to transfer media content to a user, the method comprising: | To the extent that the preamble is limiting, the Accused Instrumentalities perform a method for managing a content delivery network to transfer media content to a user comprising steps 7[a]-1[c] as discussed below, *see, e.g.*: <br><br> **Amazon CloudFront Documentation** <br><br> Amazon CloudFront is a content delivery network (CDN) service that is designed to securely deliver data, videos, applications, and APIs to customers globally with low latency and high transfer speeds. CloudFront offers security capabilities, such as field level encryption and HTTPS support, integrated with AWS Shield, AWS Web Application Firewall and Amazon Route 53 to protect against multiple types of attacks, including network and application layer DDoS attacks. These services co-reside at edge networking locations and are globally scaled and connected via the AWS network backbone. CloudFront works with AWS origins, such as Amazon S3, Amazon EC2, and Elastic Load Balancing and with custom HTTP origins. You can customize your content delivery through CloudFront using CloudFront Functions and AWS Lambda@Edge. <br><br> https://aws.amazon.com/documentation-overview/cloudfront/. <br><br> Amazon CloudFront is a web service that speeds up distribution of your static and dynamic web content, such as .html, .css, .js, and image files, to your users. CloudFront delivers your content through a worldwide network of data centers called edge locations. When a user requests content that you're serving with CloudFront, the request is routed to the edge location that provides the lowest latency (time delay), so that content is delivered with the best possible performance. <br><br> • If the content is already in the edge location with the lowest latency, CloudFront delivers it immediately. <br><br> • If the content is not in that edge location, CloudFront retrieves it from an origin that you've defined —such as an Amazon S3 bucket, a MediaPackage channel, or an HTTP server (for example, a web server) that you have identified as the source for the definitive version of your content. |

| | |
|---|---|
| | CloudFront speeds up the distribution of your content by routing each user request through the AWS backbone network to the edge location that can best serve your content. Typically, this is a CloudFront edge server that provides the fastest delivery to the viewer. Using the AWS network dramatically reduces the number of networks that your users' requests must pass through, which improves performance. Users get lower latency—the time it takes to load the first byte of the file—and higher data transfer rates.<br><br>You also get increased reliability and availability because copies of your files (also known as *objects*) are now held (or cached) in multiple edge locations around the world.<br><br>https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/Introduction.html.<br><br>*See also, e.g.*: 7[a] – 7[c]. |
| 7[a] receiving a network configuration request and network configuration information, from a service provider that provides the content; | The Accused Instrumentalities receive a network configuration request and network configuration information, from a service provider that provides the content, *see, e.g.*:<br><br>**Amazon CloudFront Documentation**<br><br>Amazon CloudFront is a content delivery network (CDN) service that is designed to securely deliver data, videos, applications, and APIs to customers globally with low latency and high transfer speeds. CloudFront offers security capabilities, such as field level encryption and HTTPS support, integrated with AWS Shield, AWS Web Application Firewall and Amazon Route 53 to protect against multiple types of attacks, including network and application layer DDoS attacks. These services co-reside at edge networking locations and are globally scaled and connected via the AWS network backbone. CloudFront works with AWS origins, such as Amazon S3, Amazon EC2, and Elastic Load Balancing and with custom HTTP origins. You can customize your content delivery through CloudFront using CloudFront Functions and AWS Lambda@Edge.<br><br>https://aws.amazon.com/documentation-overview/cloudfront/.<br><br>**How you set up CloudFront to deliver content**<br><br>You create a CloudFront distribution to tell CloudFront where you want content to be delivered from, and the details about how to track and manage content delivery. Then CloudFront uses computers—edge servers—that are close to your viewers to deliver that content quickly when someone wants to see it or use it. |

Page 2 of 25



**How you configure CloudFront to deliver your content**

1.  You specify *origin servers*, like an Amazon S3 bucket or your own HTTP server, from which CloudFront gets your files which will then be distributed from CloudFront edge locations all over the world.

    An origin server stores the original, definitive version of your objects. If you're serving content over HTTP, your origin server is either an Amazon S3 bucket or an HTTP server, such as a web server. Your HTTP server can run on an Amazon Elastic Compute Cloud (Amazon EC2) instance or on a server that you manage; these servers are also known as *custom origins.*

2.  You upload your files to your origin servers. Your files, also known as *objects*, typically include web pages, images, and media files, but can be anything that can be served over HTTP.

    If you're using an Amazon S3 bucket as an origin server, you can make the objects in your bucket publicly readable, so that anyone who knows the CloudFront URLs for your objects can access them. You also have the option of keeping objects private and controlling who accesses them. See Serve private content with signed URLs and signed cookies.

3.  You create a CloudFront *distribution*, which tells CloudFront which origin servers to get your files from when users request the files through your web site or application. At the same time, you specify details such as whether you want CloudFront to log all requests and whether you want the distribution to be enabled as soon as it's created.

4.  CloudFront assigns a domain name to your new distribution that you can see in the CloudFront console, or that is returned in the response to a programmatic request, for example, an API request. If you like, you can add an alternate domain name to use instead.

5.  CloudFront sends your distribution's configuration (but not your content) to all of its *edge locations* or *points of presence* (POPs)— collections of servers in geographically-dispersed data centers where CloudFront caches copies of your files.

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/Introduction.html.

**Overview**

1. Create one or more Amazon S3 buckets, or configure HTTP servers as your origin servers. An *origin* is the location where you store the original version of your content. When CloudFront gets a request for your files, it goes to the origin to get the files that it distributes at edge locations. You can use any combination of Amazon S3 buckets and HTTP servers as your origin servers.
   - If you use Amazon S3, the name of your bucket must be all lowercase and cannot contain spaces.
   - If you use an Amazon EC2 server or another custom origin, review Use Amazon EC2 (or another custom origin).
   - For the current maximum number of origins that you can create for a distribution, or to request a higher quota, see General quotas on distributions.
2. Upload your content to your origin servers. You make your objects publicly readable, or you can use CloudFront signed URLs to restrict access to your content.

3. Create your CloudFront distribution:
   - For a detailed procedure that creates a distribution in the CloudFront console, see Create a CloudFront distribution in the console.
   - For information about creating a distribution using the CloudFront API, see CreateDistribution in the *Amazon CloudFront API Reference*.
4. (Optional) If you use the CloudFront console to create your distribution, create more cache behaviors or origins for the distribution. For more information about behaviors and origins, see To update a multi-tenant distribution.
5. Test your distribution. For more information about testing, see Test a distribution.

## Create a CloudFront distribution in the console

When you create a distribution, CloudFront configures your distribution settings for you, based on your content origin type. For more details about the preconfigured settings, see Preconfigured distribution settings reference. You can also create multi-tenant distributions with settings that can be reused across multiple distribution tenants. For more information, see Understand how multi-tenant distributions work. Alternatively, you can manually configure your own distribution settings.

|  | https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/distribution-web-creating-console.html.

When you use the CloudFront console to create or update a distribution, you provide information about one or more locations, known as *origins*, where you store the original versions of your web content. CloudFront gets your web content from your origins and serves it to viewers via a worldwide network of edge servers.

## Enable Origin Shield

Choose **Yes** to enable CloudFront Origin Shield. For more information about Origin Shield, see Use Amazon CloudFront Origin Shield.

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/DownloadDistValues Origin.html.

You can set up CloudFront with origin failover for scenarios that require high availability. To get started, you create an *origin group* with two origins: a primary and a secondary. If the primary origin is unavailable, or returns specific HTTP response status codes that indicate a failure, CloudFront automatically switches to the secondary origin.

To set up origin failover, you must have a distribution with at least two origins. Next, you create an origin group for your distribution that includes two origins, setting one as the primary. Finally, you create or update a cache behavior to use the origin group.

To see the steps for setting up origin groups and configuring specific origin failover options, see Create an origin group. |

**Create an origin group**

**To create an origin group**

1. Sign in to the AWS Management Console and open the CloudFront console at https://console.aws.amazon.com/cloudfront/v4/home ⬈ .
2. Choose the distribution that you want to create the origin group for.
3. Choose the **Origins** tab.
4. Make sure the distribution has more than one origin. If it doesn't, add a second origin.
5. On the **Origins** tab, in the **Origin groups** pane, choose **Create origin group**.
6. Choose the origins for the origin group. After you add origins, use the arrows to set the priority—that is, which origin is primary and which is secondary.
7. Enter a name for the origin group.
8. Choose the HTTP status codes to use as failover criteria. You can choose any combination of the following status codes: 400, 403, 404, 416, 500, 502, 503, or 504. When CloudFront receives a response with one of the status codes that you specify, it fails over to the secondary origin.

https://docs.aws.amazon.com/en_us/AmazonCloudFront/latest/DeveloperGuide/high_availability_origin_failover.html.

Page 7 of 25

By setting the cache behavior, you can configure a variety of CloudFront functionality for a given URL path pattern for files on your website. For example, one cache behavior might apply to all `.jpg` files in the `images` directory on a web server that you're using as an origin server for CloudFront. The functionality that you can configure for each cache behavior includes:

- The path pattern
- If you have configured multiple origins for your CloudFront distribution, the origin to which you want CloudFront to forward your requests
- Whether to forward query strings to your origin
- Whether accessing the specified files requires signed URLs
- Whether to require users to use HTTPS to access those files
- The minimum amount of time that those files stay in the CloudFront cache regardless of the value of any `Cache-Control` headers that your origin adds to the files

When you create a cache behavior, you specify the one origin from which you want CloudFront to get objects. As a result, if you want CloudFront to distribute objects from all of your origins, you must have at least as many cache behaviors (including the default cache behavior) as you have origins. For example, if you have two origins and only the default cache behavior, the default cache behavior causes CloudFront to get objects from one of the origins, but the other origin is never used.

# Origin or origin group

This setting applies only when you create or update a cache behavior for an existing distribution.

Enter the value of an existing origin or origin group. This identifies the origin or origin group to which you want CloudFront to route requests when a request (such as https://example.com/logo.jpg) matches the path pattern for a cache behavior (such as *.jpg) or for the default cache behavior (*).

| | |
|---|---|
| | **Price class**<br><br>Choose the price class that corresponds with the maximum price that you want to pay for CloudFront service. By default, CloudFront serves your objects from edge locations in all CloudFront Regions.<br><br>For more information about price classes and about how your choice of price class affects CloudFront performance for your distribution, see CloudFront pricing ⬀.<br><br>https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/DownloadDistValuesCacheBehavior.html.<br><br>**PriceClass**<br><br>*class* `aws_cdk.aws_cloudfront.PriceClass`*(*values*)*<br><br>Bases: `Enum`<br><br>The price class determines how many edge locations CloudFront will use for your distribution.<br><br>See https://aws.amazon.com/cloudfront/pricing/ for full list of supported regions.<br><br>https://docs.aws.amazon.com/cdk/api/v2/python/aws_cdk.aws_cloudfront/PriceClass.html. |
| 7[b] receiving resource information including information about available resources required for configuring the network; and | The Accused Instrumentalities receive resource information including information about available resources required for configuring the network, *see, e.g.*: |

Amazon CloudFront is integrated with Amazon CloudWatch and automatically publishes operational metrics for distributions and edge functions (both Lambda@Edge and CloudFront Functions). You can use these metrics to troubleshoot, track, and debug issues. Many of these metrics are displayed in a set of graphs in the CloudFront console, and are also accessible by using the CloudFront API or CLI. All of these metrics are available in the CloudWatch console ⬀ or through the CloudWatch API or CLI. CloudFront metrics don't count against CloudWatch quotas (formerly known as limits) and don't incur any additional cost.

In addition to the default metrics for CloudFront distributions, you can turn on additional metrics for an additional cost. The additional metrics apply to CloudFront distributions, and must be turned on for each distribution separately. For more information about the cost, see Estimate the cost for the additional CloudFront metrics.

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/monitoring-using-cloudwatch.html.

## Default CloudFront distribution metrics

The following default metrics are included for all CloudFront distributions, at no additional cost:

**Requests**
The total number of viewer requests received by CloudFront, for all HTTP methods and for both HTTP and HTTPS requests.

**Bytes downloaded**
The total number of bytes downloaded by viewers for GET and HEAD requests.

**Bytes uploaded**
The total number of bytes that viewers uploaded to CloudFront, using OPTIONS, POST and PUT requests.

**4xx error rate**
The percentage of all viewer requests for which the response's HTTP status code is 4xx.

**5xx error rate**
The percentage of all viewer requests for which the response's HTTP status code is 5xx.

**Total error rate**
The percentage of all viewer requests for which the response's HTTP status code is 4xx or 5xx.

These metrics are shown in graphs for each CloudFront distribution on the **Monitoring** page of the CloudFront console.. On each graph, the totals are displayed at 1-minute granularity. In addition to viewing the graphs, you can also download metrics reports as CSV files.

**Turn on additional CloudFront distribution metrics**

In addition to the default metrics, you can turn on additional metrics for an additional cost. For more information about the cost, see Estimate the cost for the additional CloudFront metrics.

These additional metrics must be turned on for each distribution separately:

**Cache hit rate**

The percentage of all cacheable requests for which CloudFront served the content from its cache. HTTP POST and PUT requests, and errors, are not considered cacheable requests.

**Origin latency**

The total time spent from when CloudFront receives a request to when it starts providing a response to the network (not the viewer), for requests that are served from the origin, not the CloudFront cache. This is also known as *first byte latency*, or *time-to-first-byte*.

**Error rate by status code**

The percentage of all viewer requests for which the response's HTTP status code is a particular code in the 4xx or 5xx range. This metric is available for all of the following error codes: 401, 403, 404, 502, 503, and 504.

You can turn on additional metrics in the CloudFront console, with AWS CloudFormation, with the AWS Command Line Interface (AWS CLI), or with the CloudFront API.

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/viewing-cloudfront-metrics.html.

Amazon CloudFront is a web service that speeds up distribution of your static and dynamic web content, such as .html, .css, .js, and image files, to your users. CloudFront delivers your content through a worldwide network of data centers called edge locations. When a user requests content that you're serving with CloudFront, the request is routed to the edge location that provides the lowest latency (time delay), so that content is delivered with the best possible performance.

- If the content is already in the edge location with the lowest latency, CloudFront delivers it immediately.
- If the content is not in that edge location, CloudFront retrieves it from an origin that you've defined—such as an Amazon S3 bucket, a MediaPackage channel, or an HTTP server (for example, a web server) that you have identified as the source for the definitive version of your content.

CloudFront speeds up the distribution of your content by routing each user request through the AWS backbone network to the edge location that can best serve your content. Typically, this is a CloudFront edge server that provides the fastest delivery to the viewer. Using the AWS network dramatically reduces the number of networks that your users' requests must pass through, which improves performance. Users get lower latency—the time it takes to load the first byte of the file—and higher data transfer rates.

You also get increased reliability and availability because copies of your files (also known as *objects)* are now held (or cached) in multiple edge locations around the world.

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/Introduction.html.

## How CloudFront delivers content to your users

After you configure CloudFront to deliver your content, here's what happens when users request your objects:

1. A user accesses your website or application and sends a request for an object, such as an image file or an HTML file.
2. DNS routes the request to the CloudFront POP (edge location) that can best serve the request, typically the nearest CloudFront POP in terms of latency.
3. CloudFront checks its cache for the requested object. If the object is in the cache, CloudFront returns it to the user. If the object is *not* in the cache, CloudFront does the following:
   a. CloudFront compares the request with the specifications in your distribution and forwards the request to your origin server for the corresponding object—for example, to your Amazon S3 bucket or your HTTP server.
   b. The origin server sends the object back to the edge location.
   c. As soon as the first byte arrives from the origin, CloudFront begins to forward the object to the user. CloudFront also adds the object to the cache for the next time someone requests it.



## How CloudFront works with regional edge caches

CloudFront points of presence (also known as *POPs* or *edge locations*) make sure that popular content can be served quickly to your viewers. CloudFront also has *regional edge caches* that bring more of your content closer to your viewers, even when the content is not popular enough to stay at a POP, to help improve performance for that content.

Regional edge caches help with all types of content, particularly content that tends to become less popular over time. Examples include user-generated content, such as video, photos, or artwork; e-commerce assets such as product photos and videos; and news and event-related content that might suddenly find new popularity.

**How regional caches work**

Regional edge caches are CloudFront locations that are deployed globally, close to your viewers. They're located between your origin server and the POPs—global edge locations that serve content directly to viewers. As objects become less popular, individual POPs might remove those objects to make room for more popular content. Regional edge caches have a larger cache than an individual POP, so objects remain in the cache longer at the nearest regional edge cache location. This helps keep more of your content closer to your viewers, reducing the need for CloudFront to go back to your origin server, and improving overall performance for viewers.

When a viewer makes a request on your website or through your application, DNS routes the request to the POP that can best serve the user's request. This location is typically the nearest CloudFront edge location in terms of latency. In the POP, CloudFront checks its cache for the requested object. If the object is in the cache, CloudFront returns it to the user. If the object is not in the cache, the POP typically goes to the nearest regional edge cache to fetch it. For more information about when the POP skips the regional edge cache and goes directly to the origin, see the following note.

In the regional edge cache location, CloudFront again checks its cache for the requested object. If the object is in the cache, CloudFront forwards it to the POP that requested it. As soon as the first byte arrives from regional edge cache location, CloudFront begins to forward the object to the user. CloudFront also adds the object to the cache in the POP for the next time someone requests it.

For objects not cached at either the POP or the regional edge cache location, CloudFront compares the request with the specifications in your distributions and forwards the request to the origin server. After your origin server sends the object back to the regional edge cache location, it is forwarded to the POP, and then CloudFront forwards it to the user. In this case, CloudFront also adds the object to the cache in the regional edge cache location in addition to the POP for the next time a viewer requests it. This makes sure that all of the POPs in a region share a local cache, eliminating multiple requests to origin servers. CloudFront also keeps persistent connections with origin servers so objects are fetched from the origins as quickly as possible.



https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/HowCloudFrontWorks.html.

*See also, e.g.*: 7[a].

| | |
|---|---|
| 7[c] setting a plurality of network nodes for configuring a transfer path for content delivery in a content delivery overlay network, based on the resource information and the network configuration information, the content being delivered from a content source to a user terminal via the network nodes along the configured transfer path. | The Accused Instrumentalities set a plurality of network nodes for configuring a transfer path for content delivery in a content delivery overlay network, based on the resource information and the network configuration information, the content being delivered from a content source to a user terminal via the network nodes along the configured transfer path, *see, e.g.*:<br><br>**Network Connectivity and Backbone**<br><br>Amazon CloudFront peers with thousands of Tier 1/2/3 telecom carriers globally, is well connected with all major access networks for optimal performance, and has hundreds of terabits of deployed capacity. CloudFront edge locations are seamlessly connected to AWS Regions through the fully redundant AWS network backbone. This backbone is comprised of multiple 400GbE parallel fibers across the globe and interfaces with tens of thousands of networks for improved origin fetches and dynamic content acceleration.<br><br>Amazon CloudFront has three types of infrastructure to securely deliver content with high performance to end users:<br><br>CloudFront Regional Edge Caches (RECs) are situated within AWS Regions, between your applications' web server and CloudFront Points of Presence (POPs) and embedded Points of Presence. CloudFront has 13 RECs globally.<br><br>CloudFront Points of Presence are situated within the AWS network and peer with internet service provider (ISP) networks. CloudFront has 700+ POPs in 100+ cities across 50+ countries.<br><br>CloudFront embedded Points of Presence are situated within internet service provider (ISP) networks, closest to end viewers. In addition to CloudFront POPs, there are 900+ embedded POPs across 300+ cities in North America, Europe, and Asia.<br><br>https://aws.amazon.com/cloudfront/features/. |

Amazon CloudFront embedded Points of Presence (POPs) are a new type of CloudFront infrastructure deployed closest to end viewers, within internet service provider (ISP) and mobile network operator (MNO) networks. Embedded POPs are custom built to deliver large scale live-stream video, video-on-demand (VOD), and game downloads. Today, CloudFront has 600+ embedded POPs deployed across 200+ cities globally.

Video traffic on the internet has grown significantly over the years as viewers increasingly use streaming services. Live-streamed sports and popular VOD releases can further drive-up the internet traffic over a short duration. To ensure the high-quality streaming experience viewers expect, you as content providers need to ensure sufficient network capacity exists across ISPs and content delivery networks (CDNs). CloudFront embedded POPs can be deployed quickly at different locations within an ISP/MNO network to build additional capacity even closer to end viewers. To learn more about Embedded POPs, see CloudFront's FAQs.

With embedded POPs deployed in their networks, ISPs can now deliver cacheable content efficiently without needing to scale peering links connecting CloudFront to their network. ISPs can also manage the entire lifecycle of embedded POPs in their network using the new CloudFront embedded POP portal, available globally at no additional cost. This web-based interface allows ISPs to self-service a variety of tasks such as requesting new appliances, monitoring embedded POP performance statistics, and requesting support. ISPs can get started by visiting the portal and authenticating with their PeeringDB accounts.

https://aws.amazon.com/about-aws/whats-new/2024/02/amazon-cloudfront-availability-embedded-pops/.

CloudFront Origin Shield is an additional layer in the CloudFront caching infrastructure that helps to minimize your origin's load, improve its availability, and reduce its operating costs. With CloudFront Origin Shield, you get the following benefits:

**Better cache hit ratio**

Origin Shield can help improve the cache hit ratio of your CloudFront distribution because it provides an additional layer of caching in front of your origin. When you use Origin Shield, all requests from all of CloudFront's caching layers to your origin go through Origin Shield, increasing the likelihood of a cache hit. CloudFront can retrieve each object with a single origin request from Origin Shield to your origin, and all other layers of the CloudFront cache (edge locations and regional edge caches) can retrieve the object from Origin Shield.



https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/origin-shield.html.

## How you set up CloudFront to deliver content

You create a CloudFront distribution to tell CloudFront where you want content to be delivered from, and the details about how to track and manage content delivery. Then CloudFront uses computers—edge servers—that are close to your viewers to deliver that content quickly when someone wants to see it or use it.



**How you configure CloudFront to deliver your content**

1. You specify *origin servers*, like an Amazon S3 bucket or your own HTTP server, from which CloudFront gets your files which will then be distributed from CloudFront edge locations all over the world.

   An origin server stores the original, definitive version of your objects. If you're serving content over HTTP, your origin server is either an Amazon S3 bucket or an HTTP server, such as a web server. Your HTTP server can run on an Amazon Elastic Compute Cloud (Amazon EC2) instance or on a server that you manage; these servers are also known as *custom origins.*

2. You upload your files to your origin servers. Your files, also known as *objects*, typically include web pages, images, and media files, but can be anything that can be served over HTTP.

   If you're using an Amazon S3 bucket as an origin server, you can make the objects in your bucket publicly readable, so that anyone who knows the CloudFront URLs for your objects can access them. You also have the option of keeping objects private and controlling who accesses them. See Serve private content with signed URLs and signed cookies.

3. You create a CloudFront *distribution*, which tells CloudFront which origin servers to get your files from when users request the files through your web site or application. At the same time, you specify details such as whether you want CloudFront to log all requests and whether you want the distribution to be enabled as soon as it's created.

4. CloudFront assigns a domain name to your new distribution that you can see in the CloudFront console, or that is returned in the response to a programmatic request, for example, an API request. If you like, you can add an alternate domain name to use instead.

5. CloudFront sends your distribution's configuration (but not your content) to all of its *edge locations* or *points of presence* (POPs)— collections of servers in geographically-dispersed data centers where CloudFront caches copies of your files.

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/Introduction.html.

### How CloudFront delivers content to your users

After you configure CloudFront to deliver your content, here's what happens when users request your objects:

1. A user accesses your website or application and sends a request for an object, such as an image file or an HTML file.
2. DNS routes the request to the CloudFront POP (edge location) that can best serve the request, typically the nearest CloudFront POP in terms of latency.
3. CloudFront checks its cache for the requested object. If the object is in the cache, CloudFront returns it to the user. If the object is *not* in the cache, CloudFront does the following:
   a. CloudFront compares the request with the specifications in your distribution and forwards the request to your origin server for the corresponding object—for example, to your Amazon S3 bucket or your HTTP server.
   b. The origin server sends the object back to the edge location.
   c. As soon as the first byte arrives from the origin, CloudFront begins to forward the object to the user. CloudFront also adds the object to the cache for the next time someone requests it.



Page 20 of 25

## How CloudFront works with regional edge caches

CloudFront points of presence (also known as *POPs* or *edge locations*) make sure that popular content can be served quickly to your viewers. CloudFront also has *regional edge caches* that bring more of your content closer to your viewers, even when the content is not popular enough to stay at a POP, to help improve performance for that content.

Regional edge caches help with all types of content, particularly content that tends to become less popular over time. Examples include user-generated content, such as video, photos, or artwork; e-commerce assets such as product photos and videos; and news and event-related content that might suddenly find new popularity.

**How regional caches work**

Regional edge caches are CloudFront locations that are deployed globally, close to your viewers. They're located between your origin server and the POPs—global edge locations that serve content directly to viewers. As objects become less popular, individual POPs might remove those objects to make room for more popular content. Regional edge caches have a larger cache than an individual POP, so objects remain in the cache longer at the nearest regional edge cache location. This helps keep more of your content closer to your viewers, reducing the need for CloudFront to go back to your origin server, and improving overall performance for viewers.

When a viewer makes a request on your website or through your application, DNS routes the request to the POP that can best serve the user's request. This location is typically the nearest CloudFront edge location in terms of latency. In the POP, CloudFront checks its cache for the requested object. If the object is in the cache, CloudFront returns it to the user. If the object is not in the cache, the POP typically goes to the nearest regional edge cache to fetch it. For more information about when the POP skips the regional edge cache and goes directly to the origin, see the following note.

In the regional edge cache location, CloudFront again checks its cache for the requested object. If the object is in the cache, CloudFront forwards it to the POP that requested it. As soon as the first byte arrives from regional edge cache location, CloudFront begins to forward the object to the user. CloudFront also adds the object to the cache in the POP for the next time someone requests it.

For objects not cached at either the POP or the regional edge cache location, CloudFront compares the request with the specifications in your distributions and forwards the request to the origin server. After your origin server sends the object back to the regional edge cache location, it is forwarded to the POP, and then CloudFront forwards it to the user. In this case, CloudFront also adds the object to the cache in the regional edge cache location in addition to the POP for the next time a viewer requests it. This makes sure that all of the POPs in a region share a local cache, eliminating multiple requests to origin servers. CloudFront also keeps persistent connections with origin servers so objects are fetched from the origins as quickly as possible.



https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/HowCloudFrontWorks.html.

By setting the cache behavior, you can configure a variety of CloudFront functionality for a given URL path pattern for files on your website. For example, one cache behavior might apply to all `.jpg` files in the `images` directory on a web server that you're using as an origin server for CloudFront. The functionality that you can configure for each cache behavior includes:

- The path pattern
- If you have configured multiple origins for your CloudFront distribution, the origin to which you want CloudFront to forward your requests
- Whether to forward query strings to your origin
- Whether accessing the specified files requires signed URLs
- Whether to require users to use HTTPS to access those files
- The minimum amount of time that those files stay in the CloudFront cache regardless of the value of any `Cache-Control` headers that your origin adds to the files

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/DownloadDistValuesCacheBehavior.html.

By setting the cache behavior, you can configure a variety of CloudFront functionality for a given URL path pattern for files on your website. For example, one cache behavior might apply to all `.jpg` files in the `images` directory on a web server that you're using as an origin server for CloudFront. The functionality that you can configure for each cache behavior includes:

- The path pattern
- If you have configured multiple origins for your CloudFront distribution, the origin to which you want CloudFront to forward your requests
- Whether to forward query strings to your origin
- Whether accessing the specified files requires signed URLs
- Whether to require users to use HTTPS to access those files
- The minimum amount of time that those files stay in the CloudFront cache regardless of the value of any `Cache-Control` headers that your origin adds to the files

When you create a cache behavior, you specify the one origin from which you want CloudFront to get objects. As a result, if you want CloudFront to distribute objects from all of your origins, you must have at least as many cache behaviors (including the default cache behavior) as you have origins. For example, if you have two origins and only the default cache behavior, the default cache behavior causes CloudFront to get objects from one of the origins, but the other origin is never used.

## Origin or origin group

This setting applies only when you create or update a cache behavior for an existing distribution.

Enter the value of an existing origin or origin group. This identifies the origin or origin group to which you want CloudFront to route requests when a request (such as https://example.com/logo.jpg) matches the path pattern for a cache behavior (such as *.jpg) or for the default cache behavior (*).

**Price class**

Choose the price class that corresponds with the maximum price that you want to pay for CloudFront service. By default, CloudFront serves your objects from edge locations in all CloudFront Regions.

For more information about price classes and about how your choice of price class affects CloudFront performance for your distribution, see CloudFront pricing ↗.

https://docs.aws.amazon.com/AmazonCloudFront/latest/DeveloperGuide/DownloadDistValues CacheBehavior.html.

You can set up CloudFront with origin failover for scenarios that require high availability. To get started, you create an *origin group* with two origins: a primary and a secondary. If the primary origin is unavailable, or returns specific HTTP response status codes that indicate a failure, CloudFront automatically switches to the secondary origin.

To set up origin failover, you must have a distribution with at least two origins. Next, you create an origin group for your distribution that includes two origins, setting one as the primary. Finally, you create or update a cache behavior to use the origin group.

To see the steps for setting up origin groups and configuring specific origin failover options, see Create an origin group.

After you configure origin failover for a cache behavior, CloudFront does the following for viewer requests:

- When there's a cache hit, CloudFront returns the requested object.
- When there's a cache miss, CloudFront routes the request to the primary origin in the origin group.
- When the primary origin returns a status code that is not configured for failover, such as an HTTP 2xx or 3xx status code, CloudFront serves the requested object to the viewer.
- When any of the following occur:
  - The primary origin returns an HTTP status code that you've configured for failover
  - CloudFront fails to connect to the primary origin (when 503 is set as a failover code)
  - The response from the primary origin takes too long (times out) (when 504 is set as a failover code)
  Then CloudFront routes the request to the secondary origin in the origin group.

https://docs.aws.amazon.com/en_us/AmazonCloudFront/latest/DeveloperGuide/high_availabilit y_origin_failover.html.

*See also, e.g.,* 1[a]-1[b].