UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPTIMNET LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02141-JNW<br><br>ORDER SETTING TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING AND RELATED DATES |

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report and Discovery Plan, the Court sets the following trial and related dates:

| **EVENT** | **DATE** |
|---|---|
| Preliminary Claim Constructions and Extrinsic Evidence (LPR 131) | October 30, 2026 |
| Joint Claim Construction and Prehearing Statement LPR 132 | December 7, 2026 |
| Claim Construction Expert Disclosures (LPR 132(f)) | December 7, 2026 |

| **EVENT** | **DATE** |
| --- | --- |
| Completion of Claim Construction Discovery (LPR 133) | January 12, 2027 |
| Parties to file Opening Claim Construction Briefs (LPR 134) | February 2, 2027 |
| Parties to file Responsive Claim Construction Briefs (LPR 134) | February 16, 2027 |
| Technology Tutorial and Claim Construction Hearing (LPR 135) | March 9, 2027 |
| Parties to submit Joint Status Report setting remaining deadlines and proposing trial date consistent with the timeframes set forth in this scheduling order. | Seven (7) days after Claim Construction Ruling |

The Local Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled *Markman* hearing creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order,

explaining the exact nature of the conflict. Failure to do so will be treated as a waiver.

## PROCEDURAL MATTERS

All counsel must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 19th day of October, 2026.

Jamal N. Whitehead
United States District Judge